1 | **TONKON TORP LLP**
Michael C. Willes, SBN 273145
2 | michael.willes@tonkon.com
888 SW Fifth Avenue, Suite 1600
3 | Portland, OR  97204-2099
Phone: 503.221.1440
4 | Fax: 503.274.8779

5 | Attorneys for Apex Directional Drilling, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| APEX DIRECTIONAL DRILLING, LLC, an Oregon limited liability company authorized to do business in the State of California, | Case No. 15-CV-02501-RS |
|---|---|
| Plaintiff, | ORDER |
| v. | **STIPULATION TO STAY DISCOVERY AND RESET CASE MANAGEMENT SCHEDULE** |
| SHN CONSULTING ENGINEERS & GEOLOGISTS, INC., a California corporation, | |
| Defendant. | |

Plaintiff Apex Directional Drilling, LLC ("Apex") and Defendant SHN Consulting Engineers & Geologists, Inc. ("SHN"), by and through their counsel, hereby stipulate and jointly request that the Court stay discovery and reset the Case Management Schedule to accommodate mediation among Apex, SHN, and third parties.  This Stipulation is filed concurrently with the Declaration of Michael Willes, in compliance with Civil L.R. 6-2(a).

Apex filed the Complaint (ECF No. 1) initiating this Action on June 5, 2015.  Apex alleges that SHN made faulty representations regarding subterranean conditions that contractors such as Apex would encounter while working on a large sewer project for the City of Eureka, California.  SHN denies these allegations.

Page 1 -   STIPULATION TO STAY DISCOVERY AND RESET CASE MANAGEMENT SCHEDULE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

On September 10, 2015, Apex and SHN attended a case management conference. In its Case Management Scheduling Order (ECF No. 32), the Court set the following discovery deadlines:

- Completion of written non-expert discovery: March 10, 2016
- Completion of all non-expert discovery: July 16, 2016

By mail, SHN served Requests for Production of Documents (Set One) and Requests for Admission (Set One) on Apex on October 29, 2015. Informally, SHN has received access to Apex documents and discovery responses from the City of Eureka.

As noted in Item 10 of the parties' Joint Case Management Statement (ECF No. 28), the City of Eureka had previously filed a complaint against Apex and the Cincinnati Insurance Company ("CIC"), asserting breach of contract, among other causes of action, in compelled arbitration before the California State Office of Administrative Hearings (the "OAH"). Only the City of Eureka, Apex, and CIC are parties to the OAH arbitration. The City of Eureka claims that Apex is liable for not completing a portion of the sewer project referenced above. Apex denies liability and has cross-complained against the City of Eureka.

On September 24, 2015, the City of Eureka, Apex, and CIC agreed to mediate their dispute. SHN has also agreed to participate in the mediation so that a global resolution of the OAH arbitration and this Action may be reached. On October 1, 2015, the arbitrator ordered, in line with the parties' stipulation, that further arbitration proceedings and discovery be stayed and that the arbitration discovery deadlines be reset, if necessary, following mediation. The parties have agreed to hold the mediation on Monday, February 22, 2016.

To promote the just, speedy, and inexpensive resolution of these disputes, Apex and SHN stipulate and agree that if the claims in this Action are not resolved at the February 22, 2016 mediation, then the pending discovery served by SHN would be due within 30 days (March 23, 2016). In addition, Apex and SHN stipulate, agree and acknowledge that notwithstanding an agreement to stay discovery in this Action, that the parties will need to complete extensive written discovery and depositions in preparation for trial and in order to file pre-trial dispositive

Page 2 -   STIPULATION TO STAY DISCOVERY AND RESET
CASE MANAGEMENT SCHEDULE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1 motions. Therefore, Apex and SHN stipulate and request that the Court order as follows in this
2 Action:

3   1. To stay all discovery pending the completion of mediation.
4   2. To reset the Case Management Schedule following the mediation, if
5      necessary, in order to reset the deadlines to complete written non-expert
6      discovery; the deadline to complete non-expert discovery; the deadline to file
7      and hear all dispositive pre-trial motions; and if necessary, the trial date and
8      associated pre-trial deadlines.

**IT IS SO STIPULATED.**

DATED:  December 3, 2015.

TONKON TORP LLP

By */s/ Michael C. Willes*
   Michael C. Willes, SBN 273145
   Attorneys for Apex Directional Drilling, LLC

DATED:  December 2, 2015.

GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Michael W. Wilson, Jr.*
   Ernest M. Isola, SBN 191486
   Michael D. Wilson, Jr., SBN 233334
   Attorneys for SHN Consulting Engineers &
   Geologists, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/7/15

Hon. Richard Seeborg
United States District Judge

Page 3 -   STIPULATION TO STAY DISCOVERY AND RESET
            CASE MANAGEMENT SCHEDULE